UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOMESTYLE DIRECT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ASSOCIATED PACKAGING, INC.,<br><br>    Defendants. | Case No. 1:17-cv-00520-BLW<br><br>**ORDER** |

The Court has before it the Joint Motion for Dismissal (Dkt. 11). Good cause appearing, the Court will grant the motion and dismiss the claims with prejudice.

### ORDER

**IT IS ORDERED:**

1. The parties' Joint Motion for Dismissal (Dkt. 11) is **GRANTED,** and the case shall be dismissed with prejudice.

2. The Court will enter a separate judgment in accordance with Fed. R. Civ. P. 58.

DATED: July 31, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1