UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOMESTYLE DIRECT, LLC,<br><br>                Plaintiff,<br><br>  v.<br><br>ASSOCIATED PACKAGING, INC.,<br><br>                Defendant. | Case No. 1:17-cv-00520-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered and that this case be dismissed in its entirety, with prejudice.

DATED: July 31, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1